# UNITED STATES DISTRICT COURT
# THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION**

Case No. 2:18-md-2846

Judge Edmund A. Sargus, Jr.
Magistrate Judge Kimberly A. Jolson

**This document relates to:**
*Jones v. Davol, Inc., et al.*
Case No. 2:21-cv-5253

## ORDER

On February 19, 2020, Plaintiff Wanda Jones filed a complaint in the Rhode Island Superior Court under Case No. PC-2020-01673. (ECF No. 6-1). In the complaint, Plaintiff asserts several claims based on alleged injuries caused by a Composix E/X hernia mesh device. (*Id.*) On November 8, 2021, through different counsel, Plaintiff filed another complaint in this MDL, also alleging injuries caused by the Composix E/X and by a Ventralight ST. (ECF No. 1.) On May 17, 2023, Defendants filed a motion to dismiss the instant action as duplicative of Case No. PC-2020-01673. (ECF No. 6.) Plaintiff did not file a response, and the Court will therefore treat the motion as unopposed. Accordingly, Defendants' motion (ECF No. 6) is **GRANTED** and this case is **DISMISSED**.

   IT IS SO ORDERED.


**6/8/2023**  　　　　　　　　　　　　　**s/Edmund A. Sargus, Jr.**
**DATE**  　　　　　　　　　　　　　　**EDMUND A. SARGUS, JR.**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**